AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| MARTHA FIGUEROA, on behalf of herselves and others simlarly situated,<br><br>*Plaintiff(s)*<br>v.<br>FABCO ENTERPRISES, INC.,<br>FABCO SHOES LLC, 45 GRAHAM AVE LLC,<br>DAVID WEINMAN, CLAIRE WEINMAN, and<br>MAX WEINMAN<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-CV-3077 PK<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FABCO ENTERPRISES, INC.
52-55 74th Street
Elmhurst, NY 11373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Office of Brian L. Greben
316 Great Neck Road
Great Neck, NY  11021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  6/5/2025

SONIA  GALEANO

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by **Fed. R. Civ. P. 4** (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                                      _____
                                                             *Server's signature*

                                                             _____
                                                             *Printed name and title*

                                                             _____
                                                             *Server's address*

Additional information regarding attempted service, etc:

## **RIDER TO SUMMONS**

Defendants:  FABCO ENTERPRISES, INC.
52-55 74th Street
Elmhurst, NY 11373

FABCO SHOES LLC
52-55 74th Street
Elmhurst, NY 11373

45 GRAHAM AVE LLC
52-55 74th Street
Elmhurst, NY 11373

DAVID WEINMAN
c/o Fabco Enterprises, Inc.
52-55 74th Street
Elmhurst, NY 11373

CLAIRE WEINMAN
c/o Fabco Enterprises, Inc.
52-55 74th Street
Elmhurst, NY 11373

MAX WEINMAN
c/o Fabco Enterprises, Inc.
52-55 74th Street
Elmhurst, NY 11373